# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv223-RJC-DCK

| | |
|---|---|
| STEELFAB, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CAPITAL CITY INSURANCE ) | |
| COMPANY, INC., a wholly owned ) | |
| subsidiary of North Point Holdings ) | |
| Corporation, itself a wholly owned ) | |
| subsidiary of QBE Holdings, Ind., itself a ) | |
| wholly owned subsidiary of QBE Insurance ) | |
| Group, Limited; and ASCENSION ) | |
| INSURANCE AGENCY, INC., as successor ) | |
| in interest in First Charter Insurance ) | |
| Services, Inc., as successor to Smith & ) | |
| Associates Insurance Services, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the stipulation of dismissal of the plaintiff's third claim for relief. (Doc. No. 25). With the consent of all parties, the plaintiff seeks to dismiss with prejudice its Third Claim for Relief, which is a claim for negligence against Ascension Insurance Agency, Inc.

**IT IS, THEREFORE, ORDERED**, that the plaintiff's Third Claim for Relief is **DISMISSED WITH PREJUDICE**.

Signed: August 30, 2010

Robert J. Conrad, Jr.
Chief United States District Judge